UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JUANITA S. HESS** | Case No. # 3:11-cv -00572-RE |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,** **COMMISSIONER of Social Security,** | ORDER FOR EAJA FEES |
| Defendant. | |

Based upon Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$7795.55** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Martin R. Cohen, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

///

///

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

Martin R. Cohen
Attorney at Law
PO Box 1229
Lake Oswego, OR 97035


DATED this 26 day of October, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JAMES A. REDDEN
　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT
　　　　　　　　　　　　　　　　　　　　　JUDGE


Presented by:
/s/   Linda Ziskin
LINDA ZISKIN, OSB # 011067
(503) 889-0472
 Of Attorneys for Plaintiff