UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JUANITA S. HESS**

Plaintiff,

vs.

**COMMISSIONER of Social Security,**

Defendant.

Case No. 3:11-cv-00572-RE

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)

    After considering Plaintiff's Motion for Attorney Fees, and noting Defendant does not oppose the motion, Plaintiff's Motion is hereby granted in the amount of $16,433.00 for attorney

///

///

///

///

fees pursuant to 42 U.S.C. § 406(b). The Commissioner shall deduct an administrative assessment under 42 U.S.C. § 406(d) if appropriate and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 4 day of November, 2013.

JAMES A. REDDEN
United States District Judge